
SEALED


FILED
AUG 1 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-2 09 - CR - 0 3 4 9 FCD |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| DENNY RUSSELL GOMES, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Philip A. Ferrari to Seal Indictment, and this Order, in the above referenced case, shall be sealed until the first arrest of a defendant in this case.

DATED: 8/13/09

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1