UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 18, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
v. )
)
DENNY RUSSELL GOMES, )
)
      Defendant. )

Case No. CR. S-09-0349 FCD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DENNY RUSSELL GOMES , Case No.  CR. S-09-0349 FCD , Charge  Title 18 USC § 1341 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   X   Bail Posted in the Sum of $ 25,000.00

          X   Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond with Surety

          __   Corporate Surety Bail Bond

          X   (Other)  Pretrial Services Supervision of Conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 18, 2009  at  2:35  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge