Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorney for Denny Russell Gomes

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff, | CASE NO. 2:09-CR-0349-FCD |
| vs. | ORDER OF COURT RE:<br>SUBSTITUTION OF ATTORNEY |
| DENNY RUSSELL GOMES<br>   Defendant._____/ | |

The substitution of attorney is hereby approved and so ordered.

DATED: September 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1