LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-09-0349 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| DENNY RUSSELL GOMES, ) | Date: September 28, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated by and between the United States of
America through Philip Ferrari, Assistant United States Attorney,
and defendant Denny Gomes, by and through his counsel, Michael
Babitzke, Esq., that the appearance currently set for September 14,
2009, be vacated and continued to September 28, 2009, at 10:00 a.m.

The continuance is being requested because the parties need
time to review discovery and investigate the facts underlying the
charges.

Speedy trial time is to be excluded from the date of this order

through the date of the hearing set for September 28, 2009 pursuant
to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local
Code T4).

DATED: September 9, 2009       /s/ Philip A. Ferrari for
                            MICHAEL F. BABITZKE, ESQ.
                            Attorney for Defendant


DATED: September 9, 2009       LAWRENCE G. BROWN
                            United States Attorney


                        By:  /s/ Philip A. Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney


        **IT IS SO ORDERED.**

DATED: September 9, 2009

                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE