```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-09-349-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | PROTECTIVE ORDER; ORDER |
| v. | ) | |
| | ) | |
| DENNY RUSSELL GOMES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate;

IT IS HEREBY AGREED AND STIPULATED that:

1.  This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.  The defendant is charged in this matter with altering information stored within the Department of Motor Vehicles' database

1

and causing the State of California to issue falsified driver licenses and identification cards. The evidence underlying these allegations includes California Driver Records and criminal history reports relating to various individuals. These documents include personal identifying information, including but not limited to dates of birth, home addresses, telephone numbers and social security numbers. In lieu of discovering these materials in redacted form, the parties have agreed to enter into this Stipulated Protective Order. This Order pertains to all discovery produced by the Government in this matter which contains personal identifying information of persons other than the defendant.

3. Defense counsel shall not disclose or disseminate any of the personal identifying information to any person other than: (a) the defendant, or (b) any other attorneys, law clerks, paralegals, secretaries or investigative personnel who are working under counsel's direction in the representation of his client. Defense counsel must contact the government and obtain its explicit written consent to disseminate this information to any individual(s) other than those noted.

4. All personal identifying information is provided to the defendant solely for the purpose of allowing him to prepare his defense.

5. The personal identifying information is now and will forever remain the property of the United States Government. Defense counsel will return the personal identifying information to the government at the conclusion of this case or provide notice that it has been destroyed.

6. Defense counsel will store and maintain custody of the

1 | personal identifying information, or any copies made thereof, in a
 2 | secure place and will use reasonable care to insure that it is not
 3 | disclosed to third persons in violation of this Stipulated
 4 | Protective Order.  Defense counsel, or employees acting under the
 5 | direction of defense counsel, may transport the personal identifying
 6 | information to meetings with the defendant and may allow the
 7 | defendant to review the materials as necessary, however defense
 8 | counsel agrees that he will maintain ultimate custody of the
 9 | materials.
10 |     7.   Defense counsel shall advise any person to whom personal
11 | identifying information is disclosed of the following:  (a) all
12 | recipients of the personal identifying information are bound by all
13 | the terms of this Stipulated Protective Order, including those terms
14 | which prohibit dissemination of the information to any other person;
15 | and (b) an unauthorized use or dissemination of the information may
16 | constitute a violation of law and/or contempt of court.
17 |     8.   Nothing herein constitutes a waiver of any right of the
18 | defendant, nor does anything herein restrict in any way, the right
19 | of the defense to use the personal identifying information in
20 | connection with the preparation of their defense.
21 |     9.   Any papers to be served upon the Court by either party
22 | which include personal identifying information shall be redacted as
23 | required by Fed.R.Crim.P. 49.1 or filed under seal.
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1    10. A copy of this Stipulated Protective Order shall be issued
2 forthwith to counsel for the defendant, who shall be responsible for
3 advising the defendant and defense counsel employees of the contents
4 of this Stipulated Protective Order.

DATED:                                    _____/s/_____
                                          MICHAEL F. BABITZKE, ESQ.
                                          Attorney for Defendant


DATED: September 9, 2009                  LAWRENCE G. BROWN
                                          United States Attorney



                                     By:  _____/s/_____
                                          PHILIP A. FERRARI
                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: September 11, 2009

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT COURT