```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR.S-09-0349 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DENNY RUSSELL GOMES, | ) | Date: January 5, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Denny Gomes, by and through his counsel, Michael Babitzke, Esq., that the appearance currently set for November 2, 2009, be vacated and continued to January 5, 2010, at 10:00 a.m.

The continuance is being requested because the parties need time to review discovery , investigate the facts underlying the charges and seek resolution.

Speedy trial time is to be excluded from the date of this order

1

```
 1  through the date of the hearing set for January 5, 2010 pursuant to
 2  18 U.S.C.  3161(h)(7)(B)(iv) [reasonable time to prepare] (Local
 3  Code T4).
 4  DATED: October 28, 2009         /s/ Philip A. Ferrari for
                                    MICHAEL F. BABITZKE, ESQ.
 5                                  Attorney for Defendant
 6
 7  DATED: October 28, 2009         LAWRENCE G. BROWN
                                    United States Attorney
 8
 9                             By:  /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
10                                  Assistant U.S. Attorney
11
12
        IT IS SO ORDERED.
13
14
    DATED: October 28, 2009
15
                                    _____
16                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```