```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR.S-09-0349 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DENNY RUSSELL GOMES, | ) | Date: March 29, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Denny Gomes, by and through his counsel, Michael Babitzke, Esq., that the appearance currently set for February 22, 2010, be vacated and continued to March 29, 2010, at 10:00 a.m.

The continuance is being requested because the parties need time to review discovery , investigate the facts underlying the charges and seek resolution.

Speedy trial time is to be excluded from the date of this order

1

through the date of the hearing set for March 29, 2010 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 18, 2010  /s/ Philip A. Ferrari for
MICHAEL F. BABITZKE, ESQ.
Attorney for Defendant

DATED: February 18, 2010  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 18, 2010  _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE