| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | PHILIP A. FERRARI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2744 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR.S-09-0349 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| DENNY RUSSELL GOMES, | Date: April 12, 2010 |
| | Time: 10:00 a.m. |
| Defendant. | Hon. Frank C. Damrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Denny Gomes, by and through his counsel, Michael Babitzke, Esq., that the appearance currently set for March 29, 2010, be vacated and continued to April 12, 2010, at 10:00 a.m.

The continuance is being requested because the parties need time to review discovery, investigate the facts underlying the charges and seek resolution.

Speedy trial time is to be excluded from the date of this order

1

through the date of the hearing set for April 12, 2010 pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2010
/s/ Philip A. Ferrari for
MICHAEL F. BABITZKE, ESQ.
Attorney for Defendant

DATED: March 24, 2010
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 24, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE