1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-09-0349 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| DENNY RUSSELL GOMES, | Date: May 10, 2010 |
| | Time: 10:00 a.m. |
| Defendant. | Hon. Frank C. Damrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Denny Gomes, by and through his counsel, Michael Babitzke, Esq., that the appearance currently set for April 12, 2010, be vacated and continued to May 10, 2010, at 10:00 a.m.

The continuance is being requested because the parties need time to review discovery, investigate the facts underlying the charges and seek resolution.

Speedy trial time is to be excluded from the date of this order

1

1 through the date of the hearing set for May 10, 2010 pursuant to 18
2 U.S.C. 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code
3 T4).

DATED: April 9, 2010          /s/ Philip A. Ferrari for
                              MICHAEL F. BABITZKE, ESQ.
                              Attorney for Defendant


DATED: April 9, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Philip A. Ferrari
                              PHILIP A. FERRARI
                              Assistant U.S. Attorney



**IT IS SO ORDERED.**

DATED: April 9, 2010          _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE